UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No.  2:04cr42

v.                                            Hon. Gordon J. Quist

MATTHEW SEAN SPRY,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 28, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 28, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

      **IT IS FURTHER ORDERED** that defendant's motion to suppress statement (docket no. 28) is **DENIED**.

                                                                     /s/Gordon J. Quist
                                                                 Hon. Gordon J. Quist
                                                                 U.S. District Judge

Dated:  August 16, 2005